PS 42
(Rev 07/93)

United States District Court

Eastern District of Arkansas

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs ) | |
| ) | |
| Tyrone Gamble ) | Case No. 4:12CR00293-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Tyrone Gamble, have discussed with Michelle R. Sims, Pretrial Services/Probation Officer, modification of my release as follows:

The condition of location monitoring program participation will be removed.

The defendant has been compliant in the location monitoring program for four months and has been compliant with his supervision requirements. The United States Attorney's office has been notified of this request for modification in the form of a memo and has expressed objection to the modification. Defense Attorney Ronald Davis was also notified and has no objections.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   3-14-13    _____   3.14.13
Signature of Defendant     Date        Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   _____
Signature of Defense Counsel   Date

[X]   The above modification of conditions of release is ordered, to be effective on 3/26/13.

[ ]   The above modification of conditions of release is not ordered.

_____   3/26/13
Signature of Judicial Officer   Date