### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | NO: 4:12CR00293-03  SWW |
| | * | |
| JAMES EARL GAMBLE, JR. | * | |
| | * | |

## ORDER

Before the Court is a motion by Defendant Tyrone Gamble (ECF No. 178), asking the Court to reconsider its order entered January 26, 2015 (ECF No. 176), denying Defendant James Earl Gamble, Jr.'s motion for a conference.  With his motion, Defendant James Earl Gamble requested that the Court (1) lift an order that prevented him from communicating with his co-defendants, (2) arrange a meeting among the co-defendants and their attorneys, and (3) direct the United States Marshal to transport him to a location where the proposed meeting could take place.  The Court denied the motion without comment.

In support of his motion to reconsider, Defendant Tyrone Gamble states that all parties, including the Government, desire a conference "as it offers an opportunity to lead to the resolution of the cases pending against all defendants."  Defendant Tyrone Gamble further states that the parties will arrange the conference without necessity of transporting any defendant.

The motion for reconsideration (ECF No. 178) is GRANTED to the extent that the Court hereby lifts any order that prohibits the defendants in this case from communicating

with each other.[1]

      IT IS SO ORDERED THIS 29TH DAY OF JANUARY, 2015.


                                        /s/Susan Webber Wright

                                  UNITED STATES DISTRICT JUDGE

---

[1] The Court has reviewed the record in search of an order that prohibits communication between or among the defendants in this case. Orders setting the conditions of Defendant Clyde Johnson's and James Earl Gamble's pretrial releases, which have been revoked, prohibited them from contact with any potential witness, and Defendant Johnson was further prohibited from attending family gatherings with his co-defendants. *See* ECF Nos. 25, 34.